IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF _____
Kentucky DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
JAMES J. VILT, JR. - CLERK
FEB 17 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

---

Roscoe D. Echols
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Dept. of Juvenile Justice (KY)
Investigator Miranda Rodgers Gray
Investigator Chris Bryant

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:21CV-31-GNS
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Roscoe D. Echols
Street Address: 1833 Bellshire Way
City and County: Bowling Green, Warren
State and Zip Code: Kentucky, 42104
Telephone Number: 270-792-1184
E-mail Address: chaseechols@twc.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Kentucky Dept. of
Job or Title (if known): Juvenile Justice
Street Address: 1025 Capital Center Dr 3rd Floor
City and County: Frankfort
State and Zip Code: Kentucky 40601
Telephone Number: 502-573-2044
E-mail Address (if known):

Defendant No. 2

Name: Miranda RodgersGray
Job or Title (if known): Investigator
Street Address: 125 Holmes Street 1st Floor
City and County: Frankfort, Franklin

2

State and Zip Code: Kentucky 40601
Telephone Number: 502-564-6688
E-mail Address (if known):

Defendant No. 3

Name: Chris Bryant
Job or Title (if known): Investigator IIB
Street Address: 125 Holmes Street 1st Floor
City and County: Frankfort, Franklin
State and Zip Code: Kentucky, 40601
Telephone Number: 502-564-6688
E-mail Address (if known):

Defendant No. 4

Name: Ed Jewell
Job or Title (if known): Director of IIB
Street Address: 125 Holmes Street 1st Floor
City and County: Frankfort, Franklin
State and Zip Code: Kentucky, 40601
Telephone Number: 502-564-6688
E-mail Address (if known):

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

      State and Zip Code  _____
      Telephone Number  _____
      E-mail Address  _____
      (if known)

Defendant No. 3

      Name  Cynthia Watson
      Job or Title  Human Resource Manager
      (if known)
      Street Address  1025 Capital Center Dr. 3rd Floor
      City and County  Frankfort, Franklin
      State and Zip Code  Kentucky, 40601
      Telephone Number  502-573-2044
      E-mail Address  _____
      (if known)

Defendant No. 4

      Name  LaShana Harris
      Job or Title  Commissioner
      (if known)
      Street Address  1025 Capital Center Dr. 3rd Floor
      City and County  Frankfort, Franklin
      State and Zip Code  Kentucky 40601
      Telephone Number  502-573-2044
      E-mail Address  _____
      (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimination, Harassment, Retaliation
Wrongful termination
Race Discrimination

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Roscoe D. Echols is a citizen of the State of *(name)* Kentucky.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* Dept. of Juvenile Justice, is incorporated under the laws of the State of *(name)* Kentucky, and has its principal place of business in the State of *(name)* Kentucky. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$620,000 is the amount of current and future salary earning until retirement

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On January 15, 2020 the Dept. of Juvenile Justice terminated me. The letter stated that I was being terminated for misconduct, and alleged that I used excessive or inappropriate force. The incidents that I was cited for were part of multiple investigations done after asking

5

for a review by an outside state department two years earlier. This timeline would have been around November 2017. I started noticing that I became a target if I was listed on any reported incidents, even if I had small parts or very minor roles. My counter parts or subordinates who were Caucasin/white were investigated very little or not at all. I and my coworkers started noticing it. In the two incidents cited, the investigators did not review or use witness/staff statements and/or review video. or The investigators ~~did not~~ changed or altered staff statement and manipulated still photos to produce certain images. The investigator even left out vital imformation of each incidents.

Roscoe Echols

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting punitive damages for $620,000 dollars because of the defendants Gross negligence of my termination and loss of career as a Youth Worker Supervision

V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 17, 2021

Signature of Plaintiff  _[signature]_

Printed Name of Plaintiff  Roscoe D Echols

B.      For Attorneys

Date of signing: _____, 20__.

6

Roscoe D. Echols
1833 Bellshire Way
Bowling Green, Ky 42104

RECEIVED
JAMES J. VILT, JR. - CLERK
FEB 17 2021  CF
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
241 East Main Street
Suite 120
Bowling Green, Ky 42101-2175