IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF _____
Kentucky DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



___Roscoe D. Echols___

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

___Dept. of Juvenile Justice___
___Investigator Miranda Rodgers Gray___
___Investigator Chris Bryant___

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

AMENDED COMPLAINT

**Complaint for Employment Discrimination**

Case No. ___1-21CV-31-GNS___
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Roscoe D Echols
Street Address: 1833 Bellshire Way
City and County: Bowling Green, Ky 42104
State and Zip Code: 42104
Telephone Number: 270 792-1184
E-mail Address: chasechols@twc.com

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Kentucky Dept. of Juvenile Justice
Job or Title (if known):
Street Address: 1025 Capital Center Dr. 3rd floor
City and County: Frankfort, Franklin
State and Zip Code: Kentucky 40601
Telephone Number: 502-573-2044
E-mail Address (if known):

Defendant No. 2

Name: Miranda Rodgers Gray
Job or Title (if known): Investigator
Street Address: 125 Holmes Street 1st floor
City and County: Frankfort, Franklin

2

State and Zip Code  Kentucky 40601
Telephone Number   502-564-6688
E-mail Address
(if known)

Defendant No. 3

Name               Chris Bryant
Job or Title       Investigator IIB
(if known)
Street Address     125 Holmes Street 1st floor
City and County    Frankfort, Franklin
State and Zip Code Kentucky 40601
Telephone Number   502-564-6688
E-mail Address
(if known)

Defendant No. 4

Name               ED Jewell
Job or Title       Director of IIB
(if known)
Street Address     125 Holmes Street 1st floor
City and County    Frankfort, Franklin
State and Zip Code Kentucky, 40601
Telephone Number   502-564-6688
E-mail Address
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name               Green River Youth Development
Street Address     363 Boys Camp Road
City and County    Cromwell, Butler
State and Zip Code Kentucky 42333
Telephone Number   270 526-3826

3

State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

Defendant No. 3

Name  Cynthia Watson
Job or Title  Human Resource Manager
(if known)
Street Address  1025 Capital Center Dr. 3rd floor
City and County  Frankfort, Franklin
State and Zip Code  Kentucky, 40601
Telephone Number  502-573-2041
E-mail Address  _____
(if known)

Defendant No. 4

Name  LaShana Harris
Job or Title  Commissioner
(if known)
Street Address  1025 Capital Center Dr. 3rd Floor
City and County  Frankfort, Franklin
State and Zip Code  Kentucky, 40601
Telephone Number  502-573-2041
E-mail Address  _____
(if known)

**C.     Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name  _____
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____

3

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:
    _____

- [ ] Relevant state law *(specify, if known)*:
    _____

- [ ] Relevant city or county law *(specify, if known)*:
    _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4