UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00031-GNS-HBB

ROSCOE D. ECHOLS                                             PLAINTIFF

v.

JUSTICE AND PUBLIC SAFETY CABINET et al.               DEFENDANTS

## JUDGMENT

This matter having come before the Court on Defendants' Motion for Summary Judgment (DN 68), and the Court having previously issued its Order (DN 91) granting summary judgment for Defendants Kentucky Department of Juvenile Justice, Miranda Rodgers Gray, Ed Jewell, and Cynthia Watson.

The Court on this date also issued its Order dismissing Plaintiff's claims against Defendants Chris Bryant and LaShana Harris due to Plaintiff's failure to show cause why those claims should not be dismissed for lack of service under Fed. R. Civ. P. 4(m).

Accordingly, **IT IS HEREBY ORDERED** that judgment be entered in favor of Defendants consistent with the Court's Orders.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

July 16, 2024

cc:     counsel of record
        Roscoe D. Echols, *pro se*